**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PATRICK AUSTIN,**

**Plaintiff,**

**- against -**

**BUREKA LLC, ET AL.,**

**Defendants.**

**26-cv-3656 (JGK)**

**<u>Order</u>**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendant 189-195 Equities Corp. to respond to the complaint was **July 13, 2026**. That date has passed, and no answer has been filed. The time for defendant 189-195 Equities Corp. to respond to the complaint is therefore extended to **July 28, 2026**.

The plaintiff shall serve a copy of this Order on defendant 189-195 Equities Corp. and file proof of service on the docket by **July 17, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**July 14, 2026**

**John G. Koeltl**
**United States District Judge**