**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PATRICK AUSTIN,**

**Plaintiff,**

**- against -**

**BUREKA, LLC, ET AL.,**

**Defendants.**

**26-cv-3656 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties should submit a Rule 26(f) Report by September 25, 2026. The September 15, 2026 conference is canceled.

**SO ORDERED.**

**Dated: New York, New York**
**August 31, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**